

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 5, 2021

<u>VIA ECF</u>
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re:    *Zhao v. Jaddou*, No. 21 Civ. 8201 (RA)

Dear Judge Abrams:

      This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Application to Register Permanent Residence or to Adjust Status (Form I-485) and Refugee/Asylee Relative Petition (Form I-730).  On behalf of both sides, I write respectfully to request that the initial conference presently scheduled for November 12, 2021, be adjourned until on or after December 15, 2021.  I apologize for making this request on the date that the pre-conference submissions are due.

      The adjournment is respectfully requested because the plaintiff served this Office by mail on October 6, 2021, and thus the response to the complaint is not due until December 8, 2021.  The government is still determining the status of the plaintiff's applications as well as the steps in the adjudicative process and the timing therefor.  The parties thus respectfully submit that an adjournment until December 15 or thereafter would be in the interests of efficiency and conservation of judicial and party resources.  This is the first request to adjourn the initial conference.  The plaintiff joins in this request.

      I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  <u>*s/ Michael J. Byars*</u>
     MICHAEL J. BYARS
     Assistant United States Attorney
     Telephone: (212) 637-2793
     Facsimile: (212) 637-2786
     E-mail: michael.byars@usdoj.gov

---

Application granted.  The initial status conference is adjourned to December 17, 2021 at 3:00.  The joint status letter is due by December 10, 2021.  The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

SO ORDERED.

_____
Hon. Ronnie Abrams
11/8/2021